IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Humberto Castro Ozuna, as Power of Attorney for Oscar Omar Castro Mendoza, and Oscar Omar Castro Mendoza, | ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Jerrilane Lincoln, Codeyro Spider, and Nina Denise Lincoln, | ) ) ) | Case No. 1:23-cv-020 |
| Defendants. | ) | |

On May 20, 2024, the Parties filed a "Joint Stipulation to Amend Deadline for Dispositive Motions." (Doc. No. 28). The court **ADOPTS** the joint stipulation (Doc No. 28) and extends the deadline for filing dispositive motions until June 7, 2024.

Given the congested trial calendar[1] and to ensure there is sufficient time to address any dispositive motions that may be filed, the court shall, on its own motion, continue the final pretrial conference and jury trial respectively scheduled for October 8 and 28, 2024. Accordingly the final pretrial conference shall be rescheduled for November 25, 2024, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial shall be rescheduled for December 2, 2024, at 9:00 AM in Bismarck (Eagle Courtroom). A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 21st day of May, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court

---

[1] The above-captioned action is the one of six cases currently scheduled for trial on October 28, 2024.